# Exhibit C

SSWhite pays Accrued Royalties per Agreement
+
$175K/yr Next 5years
2018, 2019, 2020, 2021 & 2022

In Exchange for this Edge Endo grants SSW Ownership of all VTaper Patents.

*[signature]*

*[signature]*
Chuck Goodis
CEO

*[signature]*
SSW   CEO